ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Head Inc. - Diaz Joint Venture | ) ASBCA No. 63351 |
| | ) |
| Under Contract No. N69450-17-C-0503 | ) |

APPEARANCES FOR THE APPELLANT:     Michael H. Payne, Esq.
                                     Cohen Seglias Pallas Greenhall & Furman PC
                                     Philadelphia PA

                                     Casey J. McKinnon, Esq.
                                     Stephen D. Tobin, Esq.
                                     Cohen Seglias Pallas Greenhall & Furman PC
                                     Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Craig D. Jensen, Esq.
                                     Navy Chief Trial Attorney
                                     J. Alexandra Fitzmaurice, Esq.
                                     Trial Attorney
                                     Naval Air Station Jacksonville, FL

OPINION BY ADMINISTRATIVE JUDGE THRASHER

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $1,250,000. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid. Each party shall bear its own costs, including attorney fees. Appellant waives any right it may have to attorney fees under the Equal Access to Justice Act or any other authority.

Dated: March 20, 2023

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur          I concur

RICHARD SHACKLEFORD    J. REID PROUTY
Administrative Judge       Administrative Judge
Vice Chairman         Vice Chairman
Armed Services Board       Armed Services Board
of Contract Appeals        of Contract Appeals

   I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 63351, Appeal of Head Inc. - Diaz Joint Venture, rendered in conformance with the Board's Charter.

   Dated:  March 21, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals